# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1068
Lower Tribunal Nos. F83-32539, F85-32540,
F85-32541, F86-4671

_____

**Juan Francisco Vega,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.